FILED

05/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0183

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0183

STATE OF MONTANA,

     Plaintiff and Appellee,

vs.

ISAIAH JAMES PEHRINGER,

     Defendant and Appellant.

**GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until July 1, 2024, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 23 2024